| Case No. | **CV 17-2845-DMG (AFMx)** | Date | July 5, 2017 |
|---|---|---|---|
| Title | *Lilly Armstead v. Portfolio Recovery Associates, LLC* | Page | 1 of 1 |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER AND NOTICE TO ALL PARTIES**

In light of Plaintiff's notice of settlement, filed July 5, 2017, indicating that the case has settled in its entirety, this action is placed in inactive status.

By September 5, 2017 the parties shall file either (1) a proper stipulation and order for dismissal or judgment or (2) motion to reopen if settlement has not been consummated. Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of September 6, 2017.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. The Order to Show Cause dated June 21, 2017 is DISCHARGED.

IT IS SO ORDERED.